[Nos. 17731-9-III; 17881-1-III; Division Three. January 13, 2000.]
18187-1-III.

THOMAS W. BURNETT, ET AL., *Respondents*, v. ANDREW J. BURNETT, ET AL., *Appellants*.

ANDREW J. BURNETT, ET AL., *Appellants*, v. THOMAS W. BURNETT, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Chelan County, No. 98-2-00189-0, John E. Bridges, J., entered July 10, September 11, and December 21, 1998. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 17850-1-III. Division Three. January 13, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL IBARRA-PADILLA, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 97-1-00214-9, Robert Leigh Zagelow, J., entered September 21, 1998. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 23132-8-II. Division Two. January 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ALLEN JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 97-1-00730-0, David R. Draper, J., entered April 8, 1998. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Seinfeld, J.